POLAK, Respondent, vs. POLAK, Appellant.

*September 12—October 22, 1946.*

*Thomas E. Torphy* of Milwaukee, for the appellant.

ROSENBERRY, C. J.   When this case was called there was no appearance for the plaintiff.   The order therefore was reversed under Rule 32.

*By the Court.*—Order reversed, and cause remanded for a new trial.